*Messrs. Pike Hall* and *Monte M. Lemann* for Parsons, and *Mr. Otis W. Bullock* for the Stockholders' Committee, respondents. 

No. 720. BADENHAUSEN ET AL., CONSTITUTING THE PROTECTIVE COMMITTEE, *v.* GUARANTY TRUST CO. ET AL., TRUSTEES, ET AL. January 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Fourth Circuit denied. *Messrs. Abraham Mitnovetz* and *Harry O. Levin* for petitioners. *Messrs. Edwin S. S. Sunderland, Thomas O'G. FitzGibbon, Leon T. Seawell, Carlyle Barton, Irwin L. Tappen, George M. Lanning, Edward E. Watts, Jr., Bernard Meredith, Eben J. D. Cross,* and *Leonard D. Adkins* for respondents. 

No. 723. COHEN ET AL. *v.* UNITED STATES. January 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Mr. Morris Lavine* for petitioners. *Solicitor General Fahy, Assistant Attorney General Tom C. Clark,* and *Mr. Irving S. Shapiro* for the United States. 

No. 729. AETNA INSURANCE CO. ET AL. *v.* HENRY DU BOIS SONS CO. ET AL. January 8, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Ray Rood Allen* for petitioners. *Mr. Edmund F. Lamb* for respondents. 

No. 731. HAYS ET AL. *v.* FARRINGTON ET AL. January 8, 1945. Petition for writ of certiorari to the Supreme Court